# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2586 Disciplinary Docket No. 3
                                 :
                  Petitioner : No. 195 DB 2018
                                 :
                v. : Attorney Registration No. 42469
                                 :
DAWN A. SEGAL, : (Philadelphia)
                                 :
                Respondent :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of April, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Dawn A Segal is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

      Justice Dougherty did not participate in the consideration or decision of this matter.